UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| JAMES COOPER, | ) | CASE NO. 1:22-cv-00502 |
| | ) | |
| Plaintiff, | ) | JUDGE DOUGLAS R. COLE |
| | ) | |
| v. | ) | |
| | ) | |
| PACIFIC MANUFACTURING OHIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED NOTICE OF DISMISSAL**

Now come Plaintiff James Cooper and Defendant Pacific Manufacturing Ohio, Inc. (collectively, "the Parties"), through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this case, with prejudice.

Each party to bear their own costs.

Respectfully submitted,

/s/ *Evan T. Priestle*
Evan T. Priestle (0089889)
**TAFT STETTINIUS & HOLLISTER, LLP**
425 Walnut St., Ste. 1800
Cincinnati, OH 45202
Telephone: 513-357-9396
Fax: 513-381-0205
Email: epriestle@taftlaw.com

*Attorneys for Defendant*

/s/*Matthew G. Bruce*
Matthew G. Bruce (0083769)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: matthew.bruce@spitzlawfirm.com

*Attorneys for Plaintiff*